PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
David W. Reid, Bar No. 267382
dreid@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESPARZA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENOX CORPORATION, a Delaware corporation d/b/a LENOX.COM; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:22-cv-09004-WHA<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Assigned to the Hon. William Alsup<br>Court Room 12<br><br>Action Filed: December 20, 2022 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Miguel Esparza dismisses without prejudice this action against Lenox Corporation. Defendant has not yet filed or served an answer to Plaintiff's Complaint, nor filed a motion for summary judgment.

DATED: May 10, 2023                    PACIFIC TRIAL ATTORNEYS

                                       By: */s/Scott J. Ferrell*
                                              Scott J. Ferrell, Esq.

                                       *Attorneys for Plaintiff
                                       and the putative Class*

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2023, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                    */s/Scott J. Ferrell*
                    Scott J. Ferrell